ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | No. 21-1014<br>(lead) |
| AMERICAN LUNG ASSOCIATION, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | No. 21-1027<br>(consolidated) |
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | No. 21-1054<br>(consolidated) |

# EPA'S STATUS REPORT

Pursuant to the Court's Order of October 1, 2021, placing this case in abeyance until March 1, 2023, and its Order of March 15, 2023 extending the abeyance until October 31, 2023, Respondents hereby provide a status report regarding the Environmental Protection Agency's ("EPA") ongoing reconsideration of the December 18, 2020, Particulate Matter ("PM") National Ambient Air Quality Standards ("NAAQS") Decision.

Since Respondents filed their Motion to Hold in Abeyance, Doc. No. 1910291 (Aug. 16, 2021), EPA has completed several steps in the reconsideration process.  On September 30, 2021, EPA announced the availability of the "Supplement to the 2019 Integrated Science Assessment for Particulate Matter (External Review Draft)."  86 Fed. Reg. 54,186 (Sept. 30, 2021).  EPA requested public comments on this document by November 29, 2021.  *Id.*  On October 8, 2021, EPA announced the availability of the "Policy Assessment for Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, External Review Draft."  *See* Release of the Draft Policy Assessment for the Particulate Matter National Ambient Air Quality Standards, 86 Fed. Reg. 56,263 (Oct. 8, 2021).  EPA requested public comments on the Draft Policy Assessment by December 14, 2021.  *Id.*

On October 14, 2021, EPA held a public meeting for the Clean Air Scientific Advisory Committee ("CASAC") PM Panel to receive a briefing from EPA on the Draft Supplement to the 2019 Integrated Science Assessment and the Draft Policy Assessment that support the agency's reconsideration of the 2020 PM NAAQS Decision. *See* Notification of Public Meetings of the Clean Air Scientific Advisory Committee Particulate Matter Panel, 86 Fed. Reg. 52,673 (Sept. 22, 2021). Between November 17, 2021, and December 2, 2021, EPA held a public meeting spanning four days for the CASAC PM panel to review the Draft Supplement to the 2019 Integrated Science Assessment and Draft Policy Assessment. *Id.*

Between February 25, 2022, and March 4, 2022, EPA held another public meeting for the CASAC PM panel and the Chartered CASAC. The Chartered CASAC provided advice on both the Draft Supplement to the 2019 Integrated Science Assessment for PM and the Draft PM Policy Assessment in letters to the EPA Administrator dated March 18, 2022. EPA issued the final Supplement to the 2019 Integrated Science Assessment for PM in April 2022 and the final Policy Assessment for the Reconsideration of the PM NAAQS in May 2022.

On January 27, 2023, EPA published in the Federal Register a notice of its proposed action reconsidering the Particulate Matter NAAQS Decision, entitled "Reconsideration of the National Ambient Air Quality Standards for Particulate Matter," 88 Fed. Reg. 5,558 (Jan. 27, 2023). EPA opened a public comment period

on the proposal that closed March 28, 2023. EPA has reviewed the public comments and is currently drafting the final rule..

Because reconsideration proceedings are ongoing, this case should remain in abeyance. EPA will provide a status report and motion to govern future proceedings by October 31, 2023, when the current abeyance expires.

                                       Respectfully submitted,

Dated: September 14, 2023    */s/ Sarah A. Buckley*
SARAH A. BUCKLEY
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-7554
Email: sarah.buckley@usdoj.gov

DEVON LEA FLANAGAN
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 305-0201
Email: devon.flanagan@usdoj.gov

*Counsel for Respondents Environmental Protection Agency, et al.*

ORAL ARGUMENT NOT YET SCHEDULED

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d), I hereby certify that the foregoing complies with the type-volume limitation because it contains 491 words, according to the count of Microsoft Word.

*/s/ Sarah A. Buckley*
SARAH A. BUCKLEY

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

/s/ *Sarah A. Buckley*
SARAH A. BUCKLEY